UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ORESTES GUERRERO,<br>　　　　Petitioner,<br>　　v.<br>G. MATTERSON,<br>　　　　Respondent. | Case No. 20-cv-05923-WHO (PR)<br><br>**ORDER STAYING ACTION**<br><br>Dkt. No. 8 |

Petitioner Richard Orestes Guerrero's motion to stay habeas proceedings so that he can exhaust claims in state court is GRANTED. (Dkt. No. 8.) This federal habeas action is STAYED under *Rhines v. Webber*, 544 U.S. 269 (2005). Nothing further will take place in this suit until the Court decides further action is appropriate, or until Guerrero meets the conditions for dissolving the stay.

Guerrero is required to file a petition containing his unexhausted claims in the California Supreme Court within 180 days from the date of this order. Within 60 days after obtaining a decision from the state supreme court on his unexhausted claims, Guerrero must file in this Court a motion to dissolve the stay and to reopen federal habeas proceedings.

**<u>Any motion to reopen must contain an amended petition on this Court's form.</u>** The amended petition must include the caption and civil case number used in this order (20-05923 WHO (PR)) and the words FIRST AMENDED PETITION on the first page. Because an amended petition completely replaces the previous petitions, Guerrero must include in his first amended petition <u>all</u> the claims he wishes to present. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992). He may not incorporate material from a

1    prior petition by reference.  Any unexhausted claims will be summarily dismissed.

2           The Clerk shall terminate all pending motions, and ADMINISTRATIVELY

3    CLOSE the file pending the stay of this action.

4           **IT IS SO ORDERED.**

5    **Dated:**  January 28, 2021



WILLIAM H. ORRICK
United States District Judge

2